Case 3:21-cr-00031-MPB-CSW   Document 218   Filed 04/17/24   Page 1 of 1 PageID #: 998

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>Christopher Shane Utley | )<br>)<br>)<br>)  Case No: 3:21CR00031-003<br>)  USM No: 49127-509<br>) |
| Date of Original Judgment: 11/16/2022<br>Date of Previous Amended Judgment: 01/09/2024<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)  Jacob Leon<br>)  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  60 months  **is reduced to**  54 months  .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  01/09/2024  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: April 17, 2024

*Judge's signature*

Effective Date: _____  Honorable Matthew P. Brookman, U.S. District Court Judge
*(if different from order date)*  *Printed name and title*